IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Beth Harter v. Ethicon, Inc., et al.*<br>**Case No. 2:12-cv-00737** | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT DESIGNATION OF NON-PTO FILINGS

Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") and Plaintiff Beth Harter ("Plaintiff"), by and through their respective counsel, pursuant to this Court's December 15, 2016 Order [ECF No. 120], hereby jointly designate the following non-Pretrial Order documents from MDL No. 2327, 2:12-md-2327, to transmit to the United States District Court for the Western District of Virginia:

| Date Filed | ECF No. | Docket Entry |
|---|---|---|
| 08/31/2012 | 238 | FIRST AMENDED MASTER LONG FORM COMPLAINT AND JURY DEMAND |
| 08/31/2012 | 239 | MASTER ANSWER AND JURY DEMAND OF DEFENDANT ETHICON, INC. TO FIRST AMENDED MASTER COMPLAINT |
| 08/31/2012 | 240 | MASTER ANSWER AND JURY DEMAND OF DEFENDANT ETHICON LLC TO FIRST AMENDED MASTER COMPLAINT |
| 08/31/2012 | 241 | MASTER ANSWER AND JURY DEMAND OF DEFENDANT JOHNSON & JOHNSON TO FIRST AMENDED MASTER COMPLAINT |
| 04/20/2016 | 1977 | MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. in Wave 1 Cases |
| 04/20/2016 | 1981 | MEMORANDUM OF LAW by Ethicon, Inc., Johnson & Johnson, Inc. in support of 1977 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Scott A. |

| | | |
|---|---|---|
| | | Guelcher, Ph.D. in Wave 1 Cases |
| 04/20/2016 | 1987 | MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Duane B. Priddy, Ph.D. in Wave 1 Cases |
| 04/20/2016 | 1989 | MEMORANDUM OF LAW by Ethicon, Inc., Johnson & Johnson in support of 1987 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Duane B. Priddy, Ph.D. in Wave 1 Cases |
| 04/21/2016 | 2014 | MOTION By Certain Plaintiffs in Wave 1 Cases to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D. |
| 04/21/2016 | 2018 | MEMORANDUM OF LAW by Certain Plaintiffs in Wave 1 Cases in support of 2014 MOTION By Certain Plaintiffs in Wave 1 Cases to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D |
| 04/21/2016 | 2038 | MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Jerry Blaivas, M.D. in Wave 1 Cases |
| 04/21/2016 | 2039 | MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Shelby Thames |
| 04/21/2016 | 2040 | MEMORANDUM by Ethicon, Inc., Johnson & Johnson in support of 2038 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Jerry Blaivas, M.D. in Wave 1 Cases |
| 04/21/2016 | 2042 | MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in support of 2039 MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Shelby Thames. |
| 04/21/2016 | 2052 | MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Bobby Shull, M.D. in Wave 1 Cases |
| 04/21/2016 | 2055 | MEMORANDUM by Ethicon, Inc., Johnson & Johnson in support of 2052 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Bobby Shull, M.D. in Wave 1 Cases |
| 04/21/2016 | 2060 | DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions of FDA Expert Timothy Ulatowski |
| 04/21/2016 | 2065 | MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in support of 2060 DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions of FDA Expert Timothy Ulatowski |
| 04/25/2016 | 2100 | MOTION by Ethicon, Inc., Johnson & Johnson, Inc. to Substitute Amended Exhibit A to 1977 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. in Wave 1 Cases |
| 04/25/2016 | 2101 | MOTION by Ethicon, Inc., Johnson & Johnson, Inc. to Substitute Amended Exhibit A to 1987 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Duane B. Priddy, Ph.D. in Wave 1 Cases |
| 04/26/2016 | 2106 | ORDER granting 2100 MOTION by Ethicon, Inc., Johnson & Johnson, Inc. to Substitute Amended Exhibit A to 1977 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. in Wave 1 Cases |
| 04/26/2016 | 2107 | ORDER granting 2101 MOTION by Ethicon, Inc., Johnson & |

| | | |
|---|---|---|
| | | Johnson, Inc. to Substitute Amended Exhibit A to 1987 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Duane B. Priddy, Ph.D. in Wave 1 Cases |
| 05/07/2016 | 2134 | RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to 2060 DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions of FDA Expert Timothy Ulatowski |
| 05/07/2016 | 2138 | OPPOSITION by Ethicon, Inc., Johnson & Johnson to 2014 MOTION By Certain Plaintiffs in Wave 1 Cases to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D. |
| 05/09/2016 | 2150 | RESPONSE by Certain Plaintiffs in Wave 1 Cases in opposition to 2052 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Bobby Shull, M.D. in Wave 1 Cases and 2055 Memorandum In Support |
| 05/09/2016 | 2164 | RESPONSE by Certain Plaintiffs in Wave 1 Cases in opposition to 1977 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. in Wave 1 Cases |
| 05/09/2016 | 2168 | RESPONSE by Certain Plaintiffs in opposition to 1987 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Duane B. Priddy, Ph.D. in Wave 1 Cases |
| 05/09/2016 | 2176 | MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in opposition to 2038 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Jerry Blaivas, M.D. in Wave 1 Cases |
| 05/09/2016 | 2187 | RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to 2039 MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Shelby Thames |
| 05/16/2016 | 2218 | REPLY by Ethicon, Inc., Johnson & Johnson to 2178 Memorandum In Opposition. |
| 08/08/2016 | 2508 | OPPOSITION by Ethicon, Inc., Johnson & Johnson to 2014 MOTION By Certain Plaintiffs in Wave 1 Cases to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D. |
| 08/25/2016 | 2649 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Timothy Ulatowski) The court GRANTS in part, DENIES in part, and RESERVES in part the 2060 DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions of FDA Expert Timothy Ulatowski, as more fully set forth herein |
| 08/25/2016 | 2657 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Duane B. Priddy, Ph.D.) The court DENIES in part, GRANTS in part, and RESERVES in part the 1987 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Duane B. Priddy, Ph.D. in Wave 1 Cases, as more fully set forth herein. |
| 08/26/2016 | 2667 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Jerry Blaivas, M.D.) The court DENIES in part, GRANTS in part, and RESERVES in part the 2038 MOTION to Exclude Certain |

| Date | Doc # | Description |
|---|---|---|
| | | General Opinions of Jerry Blaivas, M.D., as more fully set forth herein. |
| 08/30/2016 | 2682 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Jaime L. Sepulveda-Toro, M.D.) The court DENIES in part, GRANTS in part, and RESERVES in part the 2014 MOTION By Certain Plaintiffs in Wave 1 Cases to Limit the Opinions and Testimony of Jaime L. Sepulveda-Toro, M.D., as more fully set forth herein |
| 08/31/2016 | 2698 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Scott A. Guelcher, Ph.D.) The court DENIES in part, GRANTS in part, and RESERVES in part the 1977 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. in Wave 1 Cases, as more fully set forth herein. |
| 09/01/2016 | 2711 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Bobby Shull, M.D.) The court DENIES in part, GRANTS in part, and RESERVES in part the 2052 MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Bobby Shull, M.D. in Wave 1 Cases, as more fully set forth herein |
| 09/02/2016 | 2723 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Shelby Thames, Ph.D.) The court DENIES in part, GRANTS in part, and RESERVES in part the 2039 MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Shelby Thames, as more fully set forth herein |
| 10/06/2016 | 2880 | MOTION by Certain Plaintiffs in Wave 1 Cases to Strike Dr. Shelby Thames' Supplemental Reports or, in the Alternative, for Leave to File a Daubert Motion Based on the Flawed Methodology Employed Therein |
| 10/20/2016 | 3018 | RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to 2880 MOTION by Certain Plaintiffs in Wave 1 Cases to Strike Dr. Shelby Thames' Supplemental Reports or, in the Alternative, for Leave to File a Daubert Motion Based on the Flawed Methodology Employed Therein |
| 11/03/16 | 3105 | NOTICE OF MOTION and MOTION by Certain Plaintiffs in Wave 1 Cases for Reconsideration of the Court's [2667] Memorandum Opinion and Order Limiting or Excluding the Expert Opinions of Dr. Jerry Blaivas, M.D. |
| 11/03/16 | 3106 | MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in support of [3105] MOTION by Certain Plaintiffs in Wave 1 Cases for Reconsideration of the Court's [2667] Memorandum Opinion and Order Limiting or Excluding the Expert Opinions of Dr. Jerry Blaivas, M.D. |
| 11/17/16 | 3225 | *Docket Text:* RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to [3105] MOTION by Certain Plaintiffs in Wave 1 Cases for Reconsideration of the Court's [2667] Memorandum Opinion and Order Limiting or Excluding the Expert Opinions of Dr. Jerry Blaivas, M.D. |

Submitted: December 22, 2016

| | |
|---|---|
| */s/ Susan M. Robinson* | */s/ Fidelma Fitzpatrick* |
| Susan M. Robinson (WVSB # 5169) | Fidelma Fitzpatrick |
| Thomas Combs & Spann, PLLC | Jonathan Orent |
| 300 Summers Street, Suite 1380 | 321 South Main Street |
| P.O. Box 3824 | Providence, RI  02903 |
| Charleston, WV  25338-3824 | (401) 457-7700 |
| (304) 414-1800 | ffitzpatrick@motleyrice.com |
| srobinson@tcspllc.com | jorent@motleyrice.com |
| *Attorneys for Defendants Ethicon, Inc.* | |
| *and Johnson & Johnson* | Fred Thompson |
| | Motley Rice LLC |
| | 28 Bridgeside Blvd. |
| | Mount Pleasant, SC 29464 |
| | (843) 216-9000 |
| | fthompson@motleyrice.com |
| | *Attorneys for Plaintiff Beth Harter* |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Beth Harter v. Ethicon, Inc., et al.*<br>**Case No. 2:12-cv-00737** | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (WVSB # 5169)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
srobinson@tcspllc.com