

**TRANSFER OF MDL 2327 MEMBER CIVIL ACTION TO THE WESTERN DISTRICT OF VIRGINIA - Civil Action No. 2:12-cv-00737 Harter v. Johnson & Johnson, et al.**

Tina Smith   to: VAWDml_InterDistrictTransfer                    12/23/2016 10:59 AM

| | |
|---|---|
| From: | Tina Smith/WVSD/04/USCOURTS |
| To: | VAWDml_InterDistrictTransfer |

Good morning,

Pursuant to the Order (ECF #120) entered December 15, 2016, by the Honorable Joseph R. Goodwin. The above-noted civil action is transferred to your court pursuant to 28 U.S.C. § 1404(a).  We are electronically transferring to you today the member civil action through the CM/ECF transfer functionality.

Additionally, we are directed by the Order to transfer to you the Joint Designation of Non-Pretrial Order Filings, all Pretrial Orders entered in MDL 2327 and the MDL 2327 docket sheet.  To retrieve the Joint Designation, Pretrial Orders and docket sheet, please open Windows Explorer or Internet Explorer and type                              and use the login and password provided below:

Virginia Western login:

Virginia Western password:

File names:



Can you please advise when you have successfully retrieved this file?

If you experience any difficult, please call Kristin Booth in our IT Department at 304/347-3025.

