**Transferred case has been opened**
ecfnoticing   to: InterdistrictTransfer_WVSD          12/23/2016 03:46 PM

From:   ecfnoticing@vawd.uscourts.gov
To:     InterdistrictTransfer_WVSD@wvsd.uscourts.gov

```
CASE: 2:12-cv-00737

DETAILS: Case transferred from West Virginia Southern
has been opened in Western District of Virginia
as case 5:16-cv-00085, filed 12/23/2016.
```